CARUSO & DIAZ, LLC
Attorneys at Law
7 Glenwood Ave. Suite 408
East Orange NJ 07017
(973)525-2244
jdcarusolaw@comcast.net

|  |  |
|---|---|
| UNITED STATES of AMERICA<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PERALTA,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>MAG. NO. 09-3086<br>Crim No: 10-363 (JLL)<br><br>CRIMINAL ACTION<br><br>CONSENT ORDER DISSOLVING<br>HOME DETENTION AND ELECTRONIC<br>MONITORING REQUIREMENTS OF PRETRIAL<br>RELEASE |

THIS MATTER seeking to remove the defendant from electronic monitoring and home detention having been brought before the Court by John D. Caruso, Esq. of CARUSO & DIAZ, LLC, CJA attorney for the defendant herein and Robert Frazer, Assistant United States Attorney, representing the government and having no opposition to said application, and United States Pretrial Services having no objection to same,

THIS COURT having considered the defense's application and

IT IS on this __6th__ day of __July__, 2010

ORDERED that the conditions of pretrial release are hereby amended to dissolve home detention and electronic monitoring conditions. All other conditions of pretrial release will remain in effect.

6/27/2010

7/1/10

7/6/10

John D. Caruso
JOHN D. CARUSO, ESQ.

ROBERT FRAZER, A.U.S.A

HON. JOSE LINARES
U.S. DISTRICT COURT JUDGE