John D. Caruso, Esq.
Natalia C. Diaz, Esq.
**CARUSO & DIAZ, LLC**
416-418 Rahway Avenue
Elizabeth, NJ 07202
(908)-527-0700 (Office)
(973)-302-8589 (Fax)
NDIAZ@CARUSOANDDIAZ.COM
JDCARUSO@CARUSOANDDIAZ.COM

|  |  |
|---|---|
| UNITED STATES of AMERICA<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PERALTA<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CRIM. NO. **10-CR-363**<br><br>CRIMINAL ACTION<br><br>CONSENT ORDER TO ALLOW TRAVEL<br>TO DOMINICAN REPUBLIC FROM 12-24-11<br>TO 1-3-12 |

THIS MATTER seeking to allow the defendant to travel to the Dominican Republic from December 24, 2011 to January 3, 2012 so that he may participate in the funeral services of his maternal grandfather, Ramon Maria Vargas, having been brought before the Court by Natalia C. Diaz, Esq. of Caruso & Diaz, LLC, for the defendant herein and Robert Frazer, Assistant United States Attorney, representing the government and having no opposition to said application, and United States Pretrial Services having no objection to same,

**THIS COURT** having considered the defense's application and

IT IS on this _22nd_ day of _December_ 2011,

**ORDERED** that the defendant, CHRISTOPHER PERALTA be allowed to travel to the Dominican Republic on December 24, 2011 and must return no later than January 3, 2012; and it is

**FURTHER ORDERED**, that pre-trial services return his passport to facilitate the travel.

12/20/11

*(signature)*
Natalia C. Diaz, Esq.

*(signature)*
Robert L. Frazer, A.U.S.A.

12/22/11

*(signature)*
HON. JOSE L. LINARES
U.S. DISTRICT COURT JUDGE