*10-CR-363*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**

| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF | JUN 14 2012 |
| | : | | |
| VS. | : | DEPOSIT FOR BAIL | AT 8:30_____ M |
| | : | | WILLIAM T. WALSH, CLERK |
| CHRISTOPHER PERALTA | : | RECOG. NEW3154 | |
| | | Case No. DNJX209MJ003086-005 | |
| | : | DNJX210CR000363-001 | |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for her appearance before this Court, and that the sum of Thirty thousand dollars ($30,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this __7th__ day of June, 20112

**ORDERED** that the sum of Thirty thousand dollars ($30,000.00) so deposited as aforesaid be returned to Clara Rodriguez 210 W. 260 Street, Bronx, NY 10471, the surety of said recognizance.

_____
Jerome B. Simandle, CHIEF JUDGE
UNITED STATES DISTRICT COURT